NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RANDALL GAYLE McCOY,  )
DOC #X04120,  )
 )
     Appellant,  )
 )
v.  )  Case No. 2D18-2055
 )
STATE OF FLORIDA,  )
 )
     Appellee.  )
_____ )

Opinion filed March 8, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; William D. Sites, Judge.

Randall Gayle McCoy, pro se.

PER CURIAM.

     Affirmed.

SILBERMAN, BADALAMENTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.